Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

Home Depot USA Inc.,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

**S U M M O N S**

Ct. No. 23-cv-130

**TO**: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | |
|---|---|---|
| Port of Entry: Tacoma | Center (if known): Consumer Products and Mass Merchandising | |
| Protest Number: 3002-19-100276 | Date Protest Filed: February 6, 2019 | |
| Importer: Home Depot USA Inc. | Date Protest Denied: December 23, 2022 | |
| Category of Merchandise: Toilets | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 23139242163 | 2/8/2017 | 12/29/2017 | 23139835958 | 10/15/2017 | 8/31/2018 |
| 23139826551 | 10/10/2017 | 8/31/2018 | 23139835966 | 10/15/2017 | 8/31/2018 |
| 23139835933 | 10/15/2017 | 8/31/2018 | 23139836097 | 10/16/2017 | 8/31/2018 |

Please see attached continuation sheet for protest 3002-19-100276 on Form 1-3.

Port Director  
U.S. Customs and Border Protection  
Port of Tacoma  
4813 Pacific Highway East  
Fife, WA 98424

William R. Rucker  
Faegre Drinker Biddle & Reath  
320 S. Canal Street, Ste. 3300  
Chicago, IL 60606-5707  
(312) 569-1000  
randy.rucker@faegredrinker.com

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount ||||||
|---|---|---|---|---|---|
| | Assessed || Protest Claim ||
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Toilets | 6910.10.0010<br>6910.10.0020<br>6910.10.0050 | 5.8% | 9817.00.96 / 6910.10.0010<br>9817.00.96 / 6910.10.0020<br>9817.00.96 / 6910.10.0050 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim:

Classification - the subject merchandise is properly classified under HTSUS subheading 9817.00.96 / 6910.10.0010, 9817.00.96 / 6910.10.0020 or 9817.00.96 / 6910.10.0050

The issue which was common to all such denied protests:

The identified tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

                                                                                                                                                        /s/ William R. Rucker

*Signature of Plaintiff's Attorney*

                                                                                                                                                        June 17, 2023

*Date*

Form 1-3

## SCHEDULE OF PROTESTS

## Consumer Products and Mass Merchandising
### Center (if known)

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 3001 | 3002-19-100276 | 23139844000 | 10/17/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 3001 | 3002-19-100276 | 23139844034 | 10/17/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 3001 | 3002-19-100276 | 23139844133 | 10/17/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 3001 | 3002-19-100276 | 23139847664 | 10/18/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 3001 | 3002-19-100276 | 23139847672 | 10/18/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 1703 | 3002-19-100276 | 9UM11113205 | 10/10/2017 | 8/17/2018 | 2/6/2019 | 12/23/2022 |
| 1703 | 3002-19-100276 | 9UM11113213 | 10/17/2017 | 8/24/2018 | 2/6/2019 | 12/23/2022 |
| 1703 | 3002-19-100276 | 9UM11113221 | 10/24/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 4601 | 3002-19-100276 | 9UM22224066 | 10/10/2017 | 8/17/2018 | 2/6/2019 | 12/23/2022 |
| 4601 | 3002-19-100276 | 9UM22224074 | 10/17/2017 | 8/24/2018 | 2/6/2019 | 12/23/2022 |
| 4601 | 3002-19-100276 | 9UM22224082 | 10/24/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 2704 | 3002-19-100276 | 9UM33332155 | 10/10/2017 | 8/17/2018 | 2/6/2019 | 12/23/2022 |
| 3002 | 3002-19-100276 | 9UM44441557 | 10/3/2017 | 8/10/2018 | 2/6/2019 | 12/23/2022 |
| 3002 | 3002-19-100276 | 9UM44441573 | 10/17/2017 | 8/24/2018 | 2/6/2019 | 12/23/2022 |
| 3002 | 3002-19-100276 | 9UM44441581 | 10/24/2017 | 8/31/2018 | 2/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139858109 | 10/23/2017 | 9/7/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139858273 | 10/23/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139858752 | 10/20/2017 | 9/7/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139858828 | 10/22/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139861665 | 10/23/2017 | 9/7/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139874338 | 10/30/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139874353 | 10/30/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139874361 | 10/30/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139874569 | 11/6/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139885722 | 11/1/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139885805 | 11/1/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139896000 | 11/9/2017 | 9/21/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139905041 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139905421 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139905595 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139906106 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139906122 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139906171 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139911650 | 11/15/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139913342 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139913383 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |

Form 1-4

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 1703-19-100481 | 23139913409 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139913433 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139913961 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139913987 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139914399 | 11/16/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139914407 | 11/16/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139916105 | 11/16/2017 | 9/28/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139918366 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139918382 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139918416 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 23139918689 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 9UM11113239 | 10/31/2017 | 9/7/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100481 | 9UM11113247 | 11/7/2017 | 9/14/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139914019 | 11/23/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139914027 | 11/23/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139918697 | 11/20/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139922426 | 11/22/2017 | 10/5/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139925296 | 11/30/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139925304 | 11/30/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139926880 | 11/27/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139926948 | 11/27/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139930742 | 11/27/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139930775 | 11/27/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139930817 | 11/27/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139937077 | 11/28/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139937085 | 11/28/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139937093 | 11/28/2017 | 10/12/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139942127 | 12/3/2017 | 10/19/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139944131 | 12/4/2017 | 10/19/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139944222 | 12/4/2017 | 10/19/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139944842 | 12/4/2017 | 10/19/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139950831 | 12/4/2017 | 10/19/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139959519 | 12/10/2017 | 10/26/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139960707 | 12/11/2017 | 10/26/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139960756 | 12/11/2017 | 10/26/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139960764 | 12/11/2017 | 10/26/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139960772 | 12/11/2017 | 10/26/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139971001 | 12/14/2017 | 10/26/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139972900 | 12/18/2017 | 11/2/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139979038 | 12/19/2017 | 11/2/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139991611 | 12/26/2017 | 11/9/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139994912 | 12/27/2017 | 11/9/2018 | 3/6/2019 | 12/23/2022 |

Form 1-5

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 1703-19-100482 | 23139995000 | 12/27/2017 | 11/9/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139997212 | 12/30/2017 | 11/16/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 23139997279 | 12/30/2017 | 11/16/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 9UM11113312 | 12/26/2017 | 11/2/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 9UM11113320 | 1/2/2018 | 11/9/2018 | 3/6/2019 | 12/23/2022 |
| 1703 | 1703-19-100482 | 9UM11113593 | 7/10/2018 | 9/7/2018 | 3/6/2019 | 12/23/2022 |
| 2704 | 2704-19-102636 | 23139859263 | 10/24/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139864610 | 10/25/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139864628 | 10/25/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139864636 | 10/25/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139886225 | 11/1/2017 | 9/14/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139897024 | 11/8/2017 | 9/21/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139897040 | 11/8/2017 | 9/21/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139897081 | 11/8/2017 | 9/21/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139897990 | 11/12/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139919588 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139919638 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139919646 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139921220 | 11/22/2017 | 10/12/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139922475 | 11/21/2017 | 10/5/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139930668 | 11/25/2017 | 10/12/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139931765 | 11/27/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139941012 | 12/2/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139941038 | 12/2/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139943372 | 12/2/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139945542 | 12/3/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139954759 | 12/12/2017 | 10/26/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139958818 | 12/7/2017 | 10/26/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139958859 | 12/7/2017 | 10/26/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139969971 | 12/18/2017 | 11/2/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139970029 | 12/18/2017 | 11/2/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139996800 | 12/30/2017 | 11/16/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139996818 | 12/30/2017 | 11/16/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 23139997006 | 12/30/2017 | 11/16/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 9UM33332163 | 10/17/2017 | 8/24/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 9UM33332239 | 12/5/2017 | 10/12/2018 | 3/6/2019 | 12/27/2022 |
| 2704 | 2704-19-102636 | 9UM33332254 | 12/19/2017 | 10/26/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 23139859677 | 10/23/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 23139859685 | 10/23/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 23139867647 | 10/26/2017 | 9/7/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139892827 | 11/9/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139892843 | 11/9/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |

Form 1-6

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 3002 | 3002-19-100290 | 23139904036 | 11/13/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139905165 | 11/15/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139905173 | 11/15/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139905199 | 11/15/2017 | 9/28/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 23139924539 | 11/22/2017 | 10/5/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139926724 | 11/22/2017 | 10/5/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 23139949486 | 12/7/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139952423 | 12/7/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139955541 | 12/7/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139955616 | 12/6/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 3001 | 3002-19-100290 | 23139955657 | 12/6/2017 | 10/19/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 9UM44441607 | 11/7/2017 | 9/14/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 9UM44441649 | 12/5/2017 | 10/12/2018 | 3/6/2019 | 12/27/2022 |
| 3002 | 3002-19-100290 | 9UM44441664 | 12/19/2017 | 10/26/2018 | 3/6/2019 | 12/27/2022 |
| 4601 | 4601-19-102569 | 23139855428 | 10/20/2017 | 9/7/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139855436 | 10/20/2017 | 9/7/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139855444 | 10/20/2017 | 9/7/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139855451 | 10/20/2017 | 9/7/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139859669 | 10/23/2017 | 9/7/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139880137 | 11/2/2017 | 9/14/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139897255 | 11/8/2017 | 9/21/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139919067 | 11/17/2017 | 10/5/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139919356 | 11/19/2017 | 10/5/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139919364 | 11/17/2017 | 10/5/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139934868 | 11/28/2017 | 10/12/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139934892 | 11/28/2017 | 10/12/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139944099 | 12/4/2017 | 10/19/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 23139966381 | 12/14/2017 | 10/26/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224074 | 10/17/2017 | 8/24/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224090 | 10/31/2017 | 9/7/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224132 | 11/28/2017 | 10/5/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224140 | 12/5/2017 | 10/12/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224157 | 12/12/2017 | 10/19/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224173 | 12/26/2017 | 11/2/2018 | 3/6/2019 | 12/30/2022 |
| 4601 | 4601-19-102569 | 9UM22224181 | 1/2/2018 | 11/9/2018 | 3/6/2019 | 12/30/2022 |
| 1703 | 1703-19-100576 | 9UM11113502 | 5/2/2018 | 3/29/2019 | 5/10/2019 | 12/23/2022 |
| 1703 | 1703-19-100576 | 9UM11113528 | 5/16/2018 | 4/12/2019 | 5/10/2019 | 12/23/2022 |
| 1703 | 1703-19-100576 | 9UM11113536 | 5/23/2018 | 4/19/2019 | 5/10/2019 | 12/23/2022 |
| 4601 | 1703-19-100576 | 9UM22224363 | 5/2/2018 | 3/29/2019 | 5/10/2019 | 12/23/2022 |
| 4601 | 1703-19-100576 | 9UM22224371 | 5/9/2018 | 4/5/2019 | 5/10/2019 | 12/23/2022 |
| 4601 | 1703-19-100576 | 9UM22224397 | 5/23/2018 | 4/19/2019 | 5/10/2019 | 12/23/2022 |
| 2704 | 1703-19-100576 | 9UM33332460 | 5/9/2018 | 4/5/2019 | 5/10/2019 | 12/23/2022 |

Form 1-7

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 3002 | 1703-19-100576 | 9UM44441862 | 5/2/2018 | 3/29/2019 | 5/10/2019 | 12/23/2022 |
| 3002 | 1703-19-100576 | 9UM44441896 | 5/23/2018 | 4/19/2019 | 5/10/2019 | 12/23/2022 |
| 1703 | 1703-19-100858 | 9UM11112942 | 4/11/2017 | 5/10/2019 | 8/19/2019 | 12/23/2022 |
| 1703 | 1703-19-100858 | 9UM11113510 | 5/9/2018 | 5/3/2019 | 8/19/2019 | 12/23/2022 |
| 1703 | 1703-19-100858 | 9UM11113551 | 6/6/2018 | 5/3/2019 | 8/19/2019 | 12/23/2022 |
| 1703 | 1703-19-100858 | 9UM11113577 | 6/20/2018 | 5/17/2019 | 8/19/2019 | 12/23/2022 |
| 1703 | 1703-19-100858 | 9UM11113601 | 7/17/2018 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 4601 | 1703-19-100858 | 9UM22224116 | 11/14/2017 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 4601 | 1703-19-100858 | 9UM22224389 | 5/16/2018 | 5/10/2019 | 8/19/2019 | 12/23/2022 |
| 4601 | 1703-19-100858 | 9UM22224413 | 6/6/2018 | 5/3/2019 | 8/19/2019 | 12/23/2022 |
| 4601 | 1703-19-100858 | 9UM22224462 | 7/17/2018 | 6/7/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332171 | 10/24/2017 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332189 | 10/31/2017 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332205 | 11/14/2017 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332478 | 5/16/2018 | 5/10/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332486 | 5/23/2018 | 4/19/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332528 | 6/20/2018 | 5/24/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332536 | 6/27/2018 | 6/21/2019 | 8/19/2019 | 12/23/2022 |
| 2704 | 1703-19-100858 | 9UM33332577 | 7/31/2018 | 7/19/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441599 | 10/31/2017 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441615 | 11/14/2017 | 7/5/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441870 | 5/9/2018 | 4/5/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441888 | 5/16/2018 | 5/10/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441920 | 6/19/2018 | 5/10/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441938 | 6/26/2018 | 5/17/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441953 | 7/10/2018 | 5/31/2019 | 8/19/2019 | 12/23/2022 |
| 3002 | 1703-19-100858 | 9UM44441961 | 7/17/2018 | 6/7/2019 | 8/19/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163669786 | 10/5/2018 | 9/6/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163669794 | 10/5/2018 | 9/6/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163669802 | 10/5/2018 | 9/6/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163678415 | 10/8/2018 | 9/6/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163690386 | 10/10/2018 | 9/6/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163700151 | 10/16/2018 | 9/13/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163700169 | 10/16/2018 | 9/13/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163710713 | 10/23/2018 | 9/20/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163732501 | 10/31/2018 | 9/27/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163732519 | 10/31/2018 | 9/27/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163741064 | 11/6/2018 | 10/11/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163754984 | 11/14/2018 | 10/11/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163758332 | 11/14/2018 | 10/18/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163774917 | 11/23/2018 | 10/18/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163782043 | 11/29/2018 | 10/25/2019 | 12/11/2019 | 12/23/2022 |

Form 1-8

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 1703-19-101407 | 23163783264 | 11/28/2018 | 10/25/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163855146 | 12/28/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163855203 | 12/28/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163856037 | 12/29/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163856060 | 12/28/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163859023 | 12/30/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163859916 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163860096 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163861482 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 23163862860 | 1/2/2019 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 5301 | 1703-19-101407 | 23163864791 | 1/3/2019 | 11/29/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113296 | 12/12/2017 | 8/30/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113304 | 12/19/2017 | 8/30/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113734 | 10/16/2018 | 9/6/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113742 | 10/23/2018 | 9/13/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113775 | 11/13/2018 | 10/4/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113783 | 11/20/2018 | 10/11/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113791 | 11/27/2018 | 10/18/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113809 | 12/4/2018 | 10/25/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113825 | 12/18/2018 | 11/8/2019 | 12/11/2019 | 12/23/2022 |
| 1703 | 1703-19-101407 | 9UM11113833 | 12/25/2018 | 11/15/2019 | 12/11/2019 | 12/23/2022 |
| 4601 | 1703-19-101407 | 9UM22224587 | 10/9/2018 | 8/30/2019 | 12/11/2019 | 12/23/2022 |
| 4601 | 1703-19-101407 | 9UM22224603 | 10/23/2018 | 9/13/2019 | 12/11/2019 | 12/23/2022 |
| 4601 | 1703-19-101407 | 9UM22224611 | 10/30/2018 | 9/20/2019 | 12/11/2019 | 12/23/2022 |
| 2704 | 2704-19-107004 | 23163679876 | 10/8/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163680858 | 10/13/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163681831 | 10/15/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163682151 | 10/19/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163686095 | 10/13/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163690352 | 10/9/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163701472 | 10/16/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163701498 | 10/16/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163701530 | 10/16/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163723427 | 10/26/2018 | 9/20/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163724854 | 10/29/2018 | 9/27/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163725604 | 10/30/2018 | 9/27/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163725638 | 10/30/2018 | 9/27/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163725844 | 10/30/2018 | 9/27/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163732915 | 11/2/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163732956 | 11/1/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163735868 | 11/2/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163737245 | 11/4/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |

Form 1-9

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 2704-19-107004 | 23163742682 | 11/6/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163745099 | 11/6/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752178 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752244 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752251 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752277 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752285 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752343 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752350 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163752368 | 11/12/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163758191 | 11/14/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163765600 | 11/19/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163765618 | 11/19/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163765634 | 11/19/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163765642 | 11/19/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163765659 | 11/19/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163765667 | 11/19/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163769818 | 11/21/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 23163772788 | 11/21/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 9UM33332247 | 12/12/2017 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 9UM33332262 | 12/26/2017 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 9UM33332270 | 1/2/2018 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 9UM33332676 | 10/9/2018 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107004 | 9UM33332692 | 10/22/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163774875 | 11/23/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163778462 | 11/26/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163792638 | 12/1/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163795987 | 12/3/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163796126 | 12/3/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163796183 | 12/3/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163803468 | 12/3/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163807097 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163807477 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163811537 | 12/11/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163811610 | 12/10/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163811636 | 12/10/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163811644 | 12/10/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163811669 | 12/10/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163826311 | 12/15/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163828630 | 12/17/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163828648 | 12/17/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163828655 | 12/17/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |

Form 1-10

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 2704-19-107005 | 23163828663 | 12/17/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163833408 | 12/18/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163835155 | 12/20/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163840098 | 12/20/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163845584 | 12/21/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163845592 | 12/21/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163846244 | 12/24/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163846368 | 12/24/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163846392 | 12/24/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163846442 | 12/24/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163846475 | 12/24/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163852036 | 12/27/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163852077 | 12/27/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163859015 | 12/30/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163861730 | 12/29/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163862159 | 1/2/2019 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163862282 | 1/2/2019 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163866317 | 1/3/2019 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 23163868370 | 1/4/2019 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 9UM33332742 | 11/27/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 9UM33332759 | 12/4/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 9UM33332767 | 12/11/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 9UM33332775 | 12/18/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 2704 | 2704-19-107005 | 9UM33332783 | 12/25/2018 | 11/15/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 23163665834 | 10/4/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 23163665859 | 10/4/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163665933 | 10/4/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163665958 | 10/4/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163665966 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163682227 | 10/11/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 23163688083 | 10/11/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 23163688117 | 10/11/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163691897 | 10/11/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163699908 | 10/17/2018 | 9/20/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163721736 | 10/28/2018 | 9/20/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163728616 | 11/1/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163728640 | 11/1/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163729150 | 11/1/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163729275 | 11/1/2018 | 10/4/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 23163741239 | 11/8/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163745255 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163745644 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |

Form 1-11

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 3001 | 3002-19-100669 | 23163745669 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163745677 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163745735 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163745768 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163745834 | 11/9/2018 | 10/11/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163754885 | 11/15/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100669 | 23163754901 | 11/15/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 23163755239 | 11/15/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44441656 | 12/12/2017 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44441672 | 12/26/2017 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44441680 | 1/2/2018 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44442084 | 10/9/2018 | 8/30/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44442092 | 10/16/2018 | 9/6/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44442100 | 10/23/2018 | 9/13/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100669 | 9UM44442118 | 10/30/2018 | 9/20/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 23163755247 | 11/15/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 23163755346 | 11/15/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 23163755478 | 11/15/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163760692 | 11/17/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163765592 | 11/18/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163769735 | 11/22/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163769784 | 11/22/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163773398 | 11/24/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163773463 | 11/24/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163782324 | 11/29/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163782555 | 11/29/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163782613 | 11/29/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163782795 | 11/29/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 23163785426 | 11/30/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163789188 | 12/1/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163800233 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163800704 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163820033 | 12/13/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163820058 | 12/13/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163844298 | 12/22/2018 | 11/22/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163860435 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163860666 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163860898 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163860914 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163860948 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163861052 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3001 | 3002-19-100670 | 23163861094 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/27/2022 |

Form 1-12

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 3001 | 3002-19-100670 | 23163865640 | 1/3/2019 | 11/29/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 9UM44442159 | 11/27/2018 | 10/18/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 9UM44442167 | 12/4/2018 | 10/25/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 9UM44442175 | 12/11/2018 | 11/1/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 9UM44442183 | 12/18/2018 | 11/8/2019 | 12/11/2019 | 12/27/2022 |
| 3002 | 3002-19-100670 | 9UM44442191 | 12/25/2018 | 11/15/2019 | 12/11/2019 | 12/27/2022 |
| 4601 | 4601-19-107352 | 23163675874 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163675965 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676013 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676062 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676088 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676187 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676211 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676229 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163676286 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163677458 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163677524 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163677557 | 10/7/2018 | 9/6/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163692069 | 10/14/2018 | 9/13/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163716868 | 10/23/2018 | 9/20/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163718039 | 10/24/2018 | 9/20/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163718054 | 10/24/2018 | 9/20/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163718278 | 10/24/2018 | 9/20/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163726016 | 11/3/2018 | 10/4/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163737617 | 11/4/2018 | 10/4/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163741155 | 11/8/2018 | 10/11/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163741387 | 11/15/2018 | 10/11/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163745156 | 11/8/2018 | 10/11/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163745164 | 11/8/2018 | 10/11/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163755106 | 11/14/2018 | 10/18/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163769677 | 11/20/2018 | 10/25/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163779247 | 11/25/2018 | 10/25/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163792059 | 12/1/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163792174 | 12/1/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163792281 | 11/30/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163792646 | 11/30/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 23163795888 | 12/1/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 9UM22224165 | 12/19/2017 | 8/30/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 9UM22224587 | 10/9/2018 | 8/30/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 9UM22224603 | 10/23/2018 | 9/13/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 9UM22224611 | 10/30/2018 | 9/20/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 9UM22224637 | 11/13/2018 | 10/4/2019 | 12/11/2019 | 12/30/2022 |

Form 1-13

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 4601 | 4601-19-107352 | 9UM22224645 | 11/20/2018 | 10/11/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107352 | 9UM22224660 | 12/4/2018 | 10/25/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163802205 | 12/7/2018 | 11/15/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163802213 | 12/7/2018 | 11/15/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163803294 | 12/5/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163803500 | 12/5/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163803526 | 12/7/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806297 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806305 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806321 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806388 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806495 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806545 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163806586 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163807162 | 12/6/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163811495 | 12/10/2018 | 11/8/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163818771 | 12/12/2018 | 11/8/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163821361 | 12/12/2018 | 11/8/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163826261 | 12/16/2018 | 11/15/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163833002 | 12/18/2018 | 11/15/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163833705 | 12/19/2018 | 11/22/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163840023 | 12/20/2018 | 11/22/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163844421 | 12/23/2018 | 11/22/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163844470 | 12/23/2018 | 11/22/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163844496 | 12/23/2018 | 11/22/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163853711 | 12/27/2018 | 11/22/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163859031 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163859049 | 12/30/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163859858 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163860328 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163860336 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163860583 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163860955 | 12/31/2018 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 23163865822 | 1/3/2019 | 11/29/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 9UM22224678 | 12/11/2018 | 11/1/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 9UM22224686 | 12/18/2018 | 11/8/2019 | 12/11/2019 | 12/30/2022 |
| 4601 | 4601-19-107354 | 9UM22224694 | 12/25/2018 | 11/15/2019 | 12/11/2019 | 12/30/2022 |